UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY WEINSTEIN, On Behalf Of Himself and All Others Similarly Situated,  Plaintiff, v. IBIS TECHNOLOGY CORP., and MARTIN J. REID, Defendants. | CIVIL ACTION NO. 04-10088 (RCL) |

**JOINT MOTION AND [PROPOSED] ORDER
TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

The parties hereto, by and through their counsel, hereby agree to extend the time within which defendants Ibis Technology Corp. and Martin J. Reid (collectively the "Defendants") must answer, move or otherwise respond to the complaint in this action. Plaintiff has represented that he will file an amended complaint in this action. Thus, the parties respectfully request that the following briefing schedule be ordered in this case:

- The consolidated amended complaint shall be due sixty (60) days after the Court's selection of a lead plaintiff pursuant to § 78u-4(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a et seq.), as amended by the Private Securities Litigation Reform Act of 1995 (the "Reform Act").

- Defendants shall have sixty (60) days following the filing of the consolidated amended complaint to answer, move or otherwise respond to the complaint.

- If the Defendants move to dismiss the consolidated amended complaint, plaintiff shall have sixty (60) days from the receipt of Defendants' motion to file his opposition thereto.

- Following the receipt of plaintiff's opposition, Defendants shall have forty-five (45) days to file a reply brief in support of their motion to dismiss.

Dated: January 28, 2004

| | |
|---|---|
| JEFFREY WEINSTEIN,<br>On Behalf of Himself and All<br>Others Similarly Situated | IBIS TECHNOLOGY CORP. and<br>MARTIN J. REID |
| By his attorneys, | By their attorneys, |

*/s/ David Pastor/*
David Pastor (BBO#39100)
GILMAN AND PASTOR, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850

Mark C. Gardy, Esq.
Nancy Kaboolian, Esq.
ABBEY GARDY, LLP
212 East 39th Street
New York, NY 10016
(212) 889-3700

Nadeem Faruqi, Esq.
Faruqi & Faruqi, LLP
320 East 39th Street
New York, NY 10016
(212) 983-9330

*/s/ Brian E. Pastuszenski/*
Brian E. Pastuszenski (BBO# 391030)
Christine S. Chung (BBO #631724)
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
High Street Tower
Boston, MA 02110
(617) 248-7000

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on Jan. 26, 2004.

*/s/ Chris C/*

IT IS SO ORDERED:

_____
United States District Judge

Dated: _____

3009571_1

- 2 -

# TESTA, HURWITZ & THIBEAULT, LLP

ATTORNEYS AT LAW

125 HIGH STREET
BOSTON, MASSACHUSETTS 02110-2704

OFFICE (617) 248-7000
FAX (617) 248-7100

Direct Dial (617) 248-8369
Direct Fax (617) 790-0089
E-Mail chungcs@tht.com

January 28, 2004

**By Hand**

United States District Court
For The District Of Massachusetts
John Joseph Moakley, U.S. Courthouse
1 Courthouse Way
Boston, MA 02110

    RE:    <u>Jeffrey Weinstein v. Ibis Technology and Martin J. Reid</u>;
              Civil Action No. 04-10088(RCL)

Dear Sir/Madam:

Enclosed for filing in the above referenced action, please find:

(1) A Joint Motion and [Proposed] Order to Extend Time to Respond to the Complaint; and

(2) Defendant Ibis Technology Corp.'s Local Rule 7.3 Corporate Disclosure Statement.

Please date-stamp the enclosed copy and return it to the awaiting messenger. Thank you for your assistance in this matter.

Very truly yours,

Christine S. Chung

Enclosures
cc: David Pastor, Esq.
    Mark C. Gardy, Esq.
    Nadeem Faruqi, Esq.
3011714