AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

JEFFREY WEINSTEIN, On Behalf of Himself and All Others Similarly Situated,
                Plaintiff,

V.

IBIS TECHNOLOGY CORP. and
MARTIN J. REID
                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-10088 RCL

FILED IN CLERK'S OFFICE
2004 JAN 30 P 12:00
DISTRICT COURT
DISTRICT OF MASS.

TO: (Name and address of Defendant)
Person Designated to Accept Service
IBIS Technology Corp.
32 Cherry Hill Drive
Danvers, MA 01923

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: ANASTAS

(By) DEPUTY CLERK

DATE: 1-13-04

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                    Signature of Server

_____
Address of Server

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Essex, ss.                                                              January 23, 2004

I hereby certify and return that on 1/21/2004 at 09:10 am I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Jerry Cameron, agent, person in charge at the time of service for Ibis Technology Corp., 32 Cherry Hill Drive, Danvers, MA 01923. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($9.60), Postage and Handling ($1.00), Copies ($5.00) Total Charges $47.10

(1) A

Deputy Sheriff  Chester Kozlosky                    _____
                                                    Deputy Sheriff